GOLDAN v. DELAWARE & E. RY. CO. et al.

(Supreme Court, Appellate Division, First Department. March, 1911.)

Appeal from Special Term, New York County.

Action by E. Ormond Goldan against the Delaware & Eastern Railway Company and F. F. Searing and others. From an interlocutory judgment overruling a demurrer to the complaint, the defendants appeal. Reversed.

Argued before INGRAHAM, P. J., and LAUGHLIN, CLARKE, SCOTT, and MILLER, JJ.

Edward J. Welch, for appellants.
Julian B. Shope, for respondent.

MILLER, J. Interlocutory judgment reversed, with costs, and demurrer sustained, with costs, with leave to the plaintiff to serve an amended complaint upon payment of costs on the authority of Goldan v. Delaware & Eastern Railway Company, 128 N. Y. Supp. 936, decided herewith. All concur.